FILED
7/13/23
2023 JUL 13 AM 11:25
US DISTRICT COURT
EASTERN DISTRICT

3:23cv252
Atchley/McCook

My Petition To United States Government Asking as a Citizen of United States To Act on Tennessee's "UNCONSTITUTIONAL LAW MAKING Being Homeless in Tenn "A CRIME" Sleeping in Public Parks a Misdemeanor Violation/ A Crime" for sleeping in Being Homeless is FACT NOW RULED UNCONSTITUTIONAL BY 9th Circuit Court / The Most Powerful Federal Appeals Court in Western U.S. Has "RULED" "AGAIN" That Cities and Towns CANNOT FORCE THE HOMELESS off the streets Unless Communities Provide Shelter for There. Tennessee LAW on Being Homeless UNCONSTITUTIONAL And I Am Petitioning My Federal Government To Act and Rule That Tennessee's Homeless Law Sleeping in Public Parks "UNCONSTITUTIONAL" Tenn Has shirked its Responsibility Under the Social Contract: Providing Public Safety and Ensuring that Public Spaces Remain Open To ALL.

"True Patriotism Hates Injustice IN its OWN LAND "MORE" Then Anywhere Else." — Clarence Darrow

Tennessee Law on Being Homeless targets Citizens who are; and ACCORDING TO The New Ruling By the 9th Circuit Court THAT MAKES Tennessee's Law on Being Homeless Sleeping in Public Parks "A Misdemeanor Violation that makes Homeless People feeling Like they couldn't FIND A PLACE TO REST, WERE They are Not Being Harassed By Police. THAT Tennessee LAW SENDS After Homeless is FACT "UNCONSTITIONAL!

Kind Regards, Thomas Brightfield Honorably Discharge Vet, USAF, CLASS 2007, EAST TENN STATE UNIVERSITY

"God Bless the President AND the United States."

"One Nation Under God."

"U.S. Circuit Court Clerk"
Knoxville, TN

"My Petition to My Government Seeking Justice for Homeless in Tennessee's Unconstitutional Ruling on Being Homeless in Tennessee"